UNITED STATES DISTRICT
COURT WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Civil Action No. 5:23-cv-00114-JHM-LLK

**BRANDON HARRIS**                                                     **PETITIONER**

**v.**

**DAVID GREEN, Warden**                                **RESPONDENT**

## JUDGMENT

In accordance with the Order of the Court entered this date, it is hereby ORDERED AND ADJUDGED as follows:

(1) The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 [Doc. 1] is DENIED and DISMISSED WITH PREJUDICE, and judgment is entered in favor of Respondent.

(2) This is a FINAL judgment there being no just reason for delay in its entry, and the matter is STRICKEN from the active docket of the Court.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Counsel of Record
      Brandon Harris, pro se

June 24, 2024